Jared De Jong, Bar No. 21-271
New Mexico Bar Number: 142914
jdj@paynefears.com
Scott S. Thomas, Bar No. 21-275
sst@paynefears.com
Sarah J. Odia, Bar No. 21-279
sjo@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Phone (949) 851-1100
Fax (949) 851-1212
Telephone: 949-851-1100
Facsimile: 602-344-9653

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; ACE AMERICAN | **CIVIL NO.** 1:22-cv-00388-GJF-SCY<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY** |

| |
|---|
| INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; SOUTHERN INSURANCE COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, |
|     Defendants. |

**VOLUNTARY DISMISSAL OF DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY**

Pursuant to F.R.C.P. 41(a), Plaintiffs Pulte Homes of New Mexico, Inc. and Pulte Development New Mexico, Inc., through counsel, hereby dismiss their claims against Defendant

/ / /

/ / /

/ / /

Federated Mutual Insurance Company, without prejudice, each party to bear its own fees and costs.

DATED: June 29, 2022  PAYNE & FEARS LLP

By:   */s/ Sarah J. Odia*
Jared De Jong, Bar No. 21-271
New Mexico Bar Number: 142914
Scott S. Thomas, Bar No. 21-275
Sarah J. Odia, Bar No. 21-279
4 Park Plaza, Suite 1100
Irvine, CA 92614
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2022, I electronically filed the foregoing **VOLUNTARY DISMISSAL OF DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David Clark, Esq.<br>Mark Byron Shutt, Esq.<br>AKERMAN LLP<br>1300 Post Oak Boulevard, Suite 2300<br>Houston, TX 77056<br>Telephone:  713.871.6893<br>david.clark@akerman.com<br>mark.shutt@akerman.com | Attorneys for American Hallmark Insurance Company of Texas |
| Jeffrey Federspiel, Esq.<br>Lloyd Hoffman, Esq.<br>HOFFMAN KELLEY LOPEZ LLP<br>1700 Louisiana Boulevard NE, Suite 200<br>Albuquerque, NM 87110<br>Telephone: 505.346.3130<br>jeffrey@hklfirm.com<br>lloyd@hklfirm.com | Attorneys for National Union Fire Insurance Company of Pittsburgh, PA |
| Jeffrey N. Labovitch, Esq. (Pro Hac Vice pending)<br>Dawn A. Hove, Esq. (Pro Hac Vice pending)<br>NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP<br>4250 Executive Square, Suite 540<br>La Jolla, CA 92037-1482<br>Telephone: 858.257.0703<br>jlabovitch@nicolaidesllp.com<br>dhove@nicolaidesllp.com | Attorneys for National Union Fire Insurance Company of Pittsburgh, PA |
| Amy M. Samberg, Esq.<br>CLYDE & CO US LLP<br>400 East Van Buren Street, Suite 440<br>Phoenix, AZ 85004<br>Telephone: 480.746.4580<br>amy.samberg@clydeco.us | Attorneys for ACE American Insurance Company |

| | |
|---|---|
| James P. Barrett, Esq.<br>EATON LAW OFFICE, P.C.<br>P.O. Box 25305<br>Albuquerque, NM 87125<br>Telephone: 505.243.1486 | Attorneys for ACE American Insurance Company |
| Rebecca S. Kenny, Esq.<br>MADISON, MROZ, STEINMAN, KENNY & OLEXY, P.A.<br>P.O. Box 25467<br>Albuquerque, NM 87125<br>Telephone: 505.242.2177<br>rsk@madisonlaw.com | Attorneys for Sentinel Insurance Company, Ltd. |
| Charles A. Armgardt, Esq. Of Counsel<br>EVANS & CO.<br>2844 East Main Street, Suite 106, #283<br>Farmington, NM 87402<br>Telephone: 505.566.9400<br>carmgardt@evanslawfirm.com | Attorneys for The Cincinnati Insurance Company, The Cincinnati Indemnity Company, and The Cincinnati Casualty Company |
| Gena L. Sluga, Esq.<br>CHRISTIAN DICHTER & SLUGA, P.C.<br>2800 North Central Avenue, Suite 860<br>Phoenix, AZ 85004<br>Telephone: 602.792.1700<br>gsluga@cdslawfirm.com | Attorneys for Century Surety Company and United Specialty Insurance Company |

/ / /

/ / /

/ / /

| | |
|---|---|
| Charles J. Vigil, Esq.<br>RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.<br>P.O. Box 1888<br>Albuquerque, NM 87103<br>Telephone: 505.765.5900<br>cvigil@rodey.com | Attorneys for Southern Insurance Company |

Jennifer Stephens, an Employee of
PAYNE & FEARS

4887-3138-0519.1

-6-