# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation;  ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; SOUTHERN INSURANCE | **CIVIL NO.**  1:22-cv-00388-MV-SCY<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT GUIDEONE NATIONAL INSURANCE COMPANY (ECF 1)** |

-2-

| |
|---|
| COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>    <u>Defendants.</u><br><br>AND RELATED COUNTERCLAIM |

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT GUIDEONE NATIONAL INSURANCE COMPANY (ECF 1)**

IT IS HEREBY STIPULATED by and between Plaintiffs PULTE HOMES OF NEW MEXICO, INC. and PULTE DEVELOPMENT NEW MEXICO, INC. ("Plaintiffs") and Defendant GUIDEONE NATIONAL INSURANCE COMPANY, by and through their respective attorneys of record, that Plaintiffs' claims against Defendant GUIDEONE NATIONAL INSURANCE COMPANY as asserted in Plaintiffs' Complaint (ECF 1) and any

/ / /

/ / /

/ / /

/ / /

/ / /

-3-

other claims that could have been asserted therein shall be dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: March 7, 2023 | Dated: March 8, 2023 |
| PAYNE & FEARS LLP | CUDDY & McCARTHY LLP |
| By: */s/ Sarah J. Odia* <br> Scott S. Thomas, Bar No. 21-275 <br> Sarah J. Odia, Bar No. 21-279 <br> 4 Park Plaza, Suite 1100 <br> Irvine, California 92614 <br> Attorneys for Plaintiffs | By: */s/ K. Stephen Royce* <br> K. Stephen Royce, Esq. <br> Carlos J. Padilla, Esq. <br> Joseph R. Stevens II, Esq. <br> 201 Third Street NW, Suite 1300 <br> Albuquerque, NM 87102 <br> Attorneys for Defendant GuideOne National Insurance Company |

-4-

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2023, a true and correct copy of **STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT GUIDEONE NATIONAL INSURANCE COMPANY (ECF 1)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4888-8928-3413.1