IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation;  ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; SOUTHERN INSURANCE | CIVIL NO.  1:22-cv-00388-MV-SCY<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT STARR INDEMNITY & LIABILITY COMPANY (ECF 1)** |

-2-

| |
|---|
| COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>              Defendants. |
| AND RELATED COUNTERCLAIM |

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT STARR INDEMNITY & LIABILITY COMPANY (ECF 1)**

IT IS HEREBY STIPULATED by and between Plaintiffs PULTE HOMES OF NEW MEXICO, INC. and PULTE DEVELOPMENT NEW MEXICO, INC. ("Plaintiffs") and Defendant STARR INDEMNITY & LIABILITY COMPANY, by and through their respective attorneys of record, that Plaintiffs' claims against Defendant STARR INDEMNITY & LIABILITY COMPANY as asserted in Plaintiffs' Complaint (ECF 1) and any other claims that

/ / /

/ / /

/ / /

/ / /

/ / /

-3-

could have been asserted therein shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

| Dated: March 9, 2023 | Dated: March 9, 2023 |
|---|---|
| PAYNE & FEARS LLP | MAYER LLP |
| By: */s/ Sarah J. Odia*<br>Scott S. Thomas, Bar No. 21-275<br>Sarah J. Odia, Bar No. 21-279<br>4 Park Plaza, Suite 1100<br>Irvine, California 92614<br>Attorneys for Plaintiffs | By: */s/ Ryan T. Goodhue*<br>Ryan T. Goodhue, Esq.<br>David C. Larsen, Esq.<br>9400 Holly Avenue NE, Building 3<br>Albuquerque, NM 87122<br>Attorneys for Defendant Starr Indemnity & Liability Company |

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2023, a true and correct copy of **STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT STARR INDEMNITY & LIABILITY COMPANY (ECF 1)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

                                                         By   */s/ Jennifer Stephens*
                                                             Jennifer Stephens, an Employee of
                                                             PAYNE & FEARS LLP

4874-4806-9974.1