Scott S. Thomas, Bar No. 21-275
sst@paynefears.com
Sarah J. Odia, Bar No. 21-279
sjo@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Phone (949) 851-1100
Fax (949) 851-1212
Telephone: 949-851-1100
Facsimile: 602-344-9653

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; ACE AMERICAN | **CIVIL NO.** 1:22-cv-00388-MV-SCY<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT OHIO SECURITY INSURANCE COMPANY** |

-2-

| | |
|---|---|
| INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; SOUTHERN INSURANCE COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, | |
| Defendants. | |

**VOLUNTARY DISMISSAL OF DEFENDANT OHIO SECURITY INSURANCE COMPANY**

Pursuant to F.R.C.P. 41(a), Plaintiffs Pulte Homes of New Mexico, Inc. and Pulte

/ / /

/ / /

/ / /

-2-

-3-

Development New Mexico, Inc., through counsel, hereby dismiss their claims against Defendant Ohio Security Insurance Company, with prejudice, each party to bear its own fees and costs.

DATED: March 14, 2023						PAYNE & FEARS LLP


							By:    */s/ Sarah J. Odia*
								Scott S. Thomas, Bar No. 21-275
								Sarah J. Odia, Bar No. 21-279
								4 Park Plaza, Suite 1100
								Irvine, CA 92614
								*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2023, I electronically filed the foregoing **VOLUNTARY DISMISSAL OF DEFENDANT OHIO SECURITY INSURANCE COMPANY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey Federspiel, Esq.<br>Lloyd Hoffman, Esq.<br>HOFFMAN KELLEY LOPEZ LLP<br>1700 Louisiana Boulevard NE, Suite 200<br>Albuquerque, NM 87110<br>Telephone: 505.346.3130<br>jeffrey@hklfirm.com<br>lloyd@hklfirm.com | Attorneys for National Union Fire Insurance Company of Pittsburgh, PA |
| Jeffrey N. Labovitch, Esq. (Pro Hac Vice pending)<br>Dawn A. Hove, Esq. (Pro Hac Vice pending)<br>NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP<br>4250 Executive Square, Suite 540<br>La Jolla, CA 92037-1482<br>Telephone: 858.257.0703<br>jlabovitch@nicolaidesllp.com<br>dhove@nicolaidesllp.com | |
| Amy M. Samberg, Esq.<br>Amanda Hough, Esq.<br>CLYDE & CO US LLP<br>400 East Van Buren Street, Suite 440<br>Phoenix, AZ 85004<br>Telephone: 480.746.4580<br>amy.samberg@clydeco.us<br>amanda.hough@clydeco.us<br>Brenda.Uran@clydeco.us | Attorneys for ACE American Insurance Company |
| James P. Barrett, Esq.<br>EATON LAW OFFICE, P.C.<br>P.O. Box 25305<br>Albuquerque, NM 87125<br>Telephone: 505.243.1486<br>jbarrett@eatonlaw-nm.com | |

| | |
|---|---|
| Rebecca S. Kenny, Esq.<br>MADISON, MROZ, STEINMAN, KENNY & OLEXY, P.A.<br>P.O. Box 25467<br>Albuquerque, NM 87125<br>Telephone: 505.242.2177<br>rsk@madisonlaw.com<br><br>Heather L. McCloskey, Esq.<br>Andrew McCloskey, Esq.<br>McCloskey, Waring, Waisman & Drury LLP<br>1960 East Grand Avenue, Suite 580<br>El Segundo, CA 90245<br>Telephone: 310.524.0402<br>Fax: 310.524.0404<br>hlmccloskey@mwwdlaw.com | Attorneys for Sentinel Insurance Company, Ltd. |
| Charles A. Armgardt, Esq. Of Counsel<br>Robert C. Evans, Esq.<br>EVANS & CO.<br>2844 East Main Street, Suite 106, #283<br>Farmington, NM 87402<br>Telephone: 505.566.9400<br>carmgardt@evanslawfirm.com<br>revans@evanslawfirm.com | Attorneys for The Cincinnati Insurance Company, The Cincinnati Indemnity Company, and The Cincinnati Casualty Company |
| Gena L. Sluga, Esq.<br>Jeffrey O. Hutchins, Esq.<br>CHRISTIAN DICHTER & SLUGA, P.C.<br>2800 North Central Avenue, Suite 860<br>Phoenix, AZ 85004<br>Telephone: 602.792.1700<br>gsluga@cdslawfirm.com | Attorneys for Century Surety Company and United Specialty Insurance Company |
| Charles J. Vigil, Esq.<br>Robert Keaster, Esq.<br>RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.<br>P.O. Box 1888<br>Albuquerque, NM 87103<br>Telephone: 505.765.5900<br>cvigil@rodey.com<br>rkeaster@ckllplaw.com | Attorneys for Southern Insurance Company, First Mercury Insurance Company |

| | |
|---|---|
| Sean E. Garrett, Esq.<br>YLAW, P.C.<br>4908 Alameda Boulevard NE<br>Albuquerque, NM 87113<br>Telephone: 505.266.3995<br>Fax: 505.268.6694<br>sgarrett@ylawfirm.com<br><br>Pamela Dunlop Gates, Esq. (Of Counsel)<br>CNA COVERAGE LITIGATION GROUP<br>Plaza of the Americas<br>700 North Pearl Street, Suite 450<br>Dallas, TX 75232<br>Telephone: 214.220.5921<br>Fax: 214.220.5904<br>pamela.dunlopgates@cna.com | Attorneys for National Fire Insurance Company of Hartford |
| William M. Demlong, Esq.<br>Benjamin J. Branson, Esq.<br>THE CAVANAGH LAW FIRM<br>1850 North Central Avenue, Suite 2400<br>Phoenix, AZ 85004<br>Telephone: 602.332.4004<br>wdemlong@cavanaghlaw.com<br>bbranson@cavanaghlaw.com | Attorneys for Central Mutual Insurance Company |
| George D. Yaron, Esq.<br>Luke G. Peters, Esq.<br>YARON & ASSOCIATES<br>1300 Clay Street, Suite 800<br>Oakland, CA 94612<br>Telephone: 415.658.2929<br>Fax: 415.658.2930<br>gyaron@yaronlaw.com<br>lpeters@yaronlaw.com<br><br>Jeffrey E. Jones, Esq.<br>LAW OFFICES OF JEFFREY E. JONES<br>P.O. Box 24530<br>Santa Fe, NM 87502<br>Telephone: 505.466.9426<br>eljefelaw@msn.com | Attorneys for Clarendon National Insurance Company |

| | |
|---|---|
| Andrew D. Herold, Esq.<br>Brooke M. Mullvain, Esq.<br>Emily G. Cottrell, Esq.<br>HEROLD & SAGER<br>550 Second Street, Suite 200<br>Encinitas, CA 92024<br>Telephone: 760.487.1047<br>Fax: 760.487.1064<br>aherold@heroldsagerlaw.com<br>bmullvain@heroldsagerlaw.com<br>ecottrell@heroldsagerlaw.com | Attorneys for Defendant Endurance American Specialty Insurance Company |
| Jay R. Graif, Esq.<br>Megan E. Ritenour, Esq.<br>GUST ROSENFELD P.L.C.<br>1 East Washington Street, Suite 1600<br>Phoenix, AZ 85004<br>Telephone: 602.257.7951<br>jgraif@gustlaw.com<br>mritenour@gustlaw.com | Attorneys for United Specialty Insurance Company, Knight Specialty Insurance Company, Gemini Insurance Company, and Peleus Insurance Company **(does not represent USIC under Williams Drywall policies)** |

*/s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS

4886-2365-4999.1