# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; SOUTHERN INSURANCE | **CIVIL NO.** 1:22-cv-00388-MV-SCY<br><br>**NOTICE MEMORIALIZING DISMISSALS** |

| |
|---|
| COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM |

## NOTICE MEMORIALIZING DISMISSALS

THIS MATTER comes before the Court on several stipulations of dismissal between various parties. Stipulations of dismissal are self-executing under Federal Rule of Civil Procedure 41(a)(1)(A). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). However, in the interest of clarity, the Court enters this Notice memorializing which parties have been dismissed.

Defendant American Hallmark Insurance Company of Texas has been dismissed with prejudice pursuant to Doc. 169, filed February 3, 2023. This dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because the parties stipulated to dismissal.

Defendant GuideOne National Insurance Company has been dismissed with prejudice pursuant to Doc. 172, filed March 9, 2023. This dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because the parties stipulated to dismissal.

Defendant Starr Indemnity & Liability Company has been dismissed with prejudice pursuant to Doc. 173, filed March 9, 2023. This dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because the parties stipulated to dismissal.

Defendant National Fire Insurance Company of Hartford has been dismissed with prejudice pursuant to Doc. 177, filed March 15, 2023. This dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because the parties stipulated to dismissal.

Defendant Central Mutual Insurance Company has been dismissed with prejudice pursuant to Doc. 178, filed March 15, 2023. This dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because the parties stipulated to dismissal.

Defendant National Union Fire Insurance Company of Pittsburgh, Pa. has been dismissed with prejudice pursuant to Doc. 179, filed April 18, 2023. This dismissal is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) because the parties stipulated to dismissal.

DATED: May 3, 2023

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

PAYNE & FEARS LLP

By:   */s/ Sarah J. Odia*
    Sarah J. Odia, Esq.
    4 Park Plaza, Suite 1100
    Irvine, California 92614
    Telephone: (949) 851-1100
    Facsimile: (949) 851-1212
    sjo@paynefears.com
    Attorneys for Plaintiffs