# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; SOUTHERN INSURANCE | CIVIL NO. 1:22-cv-00388-MV-SCY<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST CENTURY SURETY COMPANY AND UNITED SPECIALTY INSURANCE COMPANY RELATING TO CHAVEZ LATH & PLASTER, INC.'S POLICIES, ONLY (ECF No. 185)** |

| |
|---|
| COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, <br><br>                     Defendants. <br><br> AND RELATED COUNTERCLAIM |

**ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST CENTURY SURETY COMPANY AND UNITED SPECIALTY INSURANCE COMPANY RELATING TO CHAVEZ LATH & PLASTER, INC.'S POLICIES, ONLY (ECF No. 185)**

This matter comes before the Court on the Motion to Dismiss Plaintiffs' Claims Against Century Surety Company and United Specialty Insurance Company Relating to Chavez Lath & Plaster, Inc.'s Policies, Only, filed on May 8, 2023 (ECF No. 185). The Court finds that the Motion is well-taken and will be granted.

IT IS ORDERED that Plaintiffs' claims against Defendant United Specialty Insurance Company, relating to Policy Nos. USA4000819 and USA4080248, as asserted in Plaintiffs' Complaint (ECF No. 1), in the instant matter, Case No. 1:22-cv-00388-MV-SCY, shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Defendant United Specialty Insurance Company will remain a Defendant in the above-captioned case relating to all other policies, as described in Plaintiffs' Complaint. Each party shall bear their own attorneys' fees and costs;

-3-

IT IS FURTHER ORDERED that Plaintiffs' claims asserted against Defendant Century Surety Company, in the instant matter, Case No. 1:22-cv-00388-MV-SCY, and any other claims that could have been asserted, are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: May 9, 2023

_____
MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE