Scott S. Thomas, Bar No. 21-275
sst@paynefears.com
Sarah J. Odia, Bar No. 21-279
sjo@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Phone (949) 851-1100
Fax (949) 851-1212
Telephone: 949-851-1100
Facsimile: 602-344-9653

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation, | CIVIL NO.  1:22-cv-00388-MV-SCY |
| Plaintiffs, | STATUS REPORT REGARDING SETTLEMENTS |
| v. | |
| CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation;  ACE AMERICAN INSURANCE COMPANY, a Pennsylvania | |

corporation; FIRST MERCURY
INSURANCE COMPANY, a Delaware
corporation; CENTURY SURETY
COMPANY, an Ohio corporation; UNITED
SPECIALTY INSURANCE COMPANY, a
Delaware corporation; GEMINI
INSURANCE COMPANY, a Delaware
corporation; PELEUS INSURANCE
COMPANY, a Virginia corporation;
AMERICAN HALLMARK INSURANCE
COMPANY OF TEXAS, a Texas
corporation; CENTRAL MUTUAL
INSURANCE COMPANY, an Ohio
corporation; SOUTHERN INSURANCE
COMPANY, a Texas corporation;
NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, an Illinois
corporation; NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, a Pennsylvania
corporation; STARR INDEMNITY &
LIABILITY COMPANY, a Texas
corporation; ENDURANCE AMERICAN
INSURANCE COMPANY, a Delaware
corporation; CLARENDON NATIONAL
INSURANCE COMPANY, as successor in
interest by way of merger with Sussex
Insurance Company fka as Companion
Property and Casualty Insurance Company, a
Texas corporation; KNIGHT SPECIALTY
INSURANCE COMPANY, a Delaware
corporation; FEDERATED MUTUAL
INSURANCE COMPANY, a Minnesota
corporation,

                    Defendants.

AND RELATED COUNTERCLAIM

## JOINT STATUS REPORT

Pursuant to the Court's May 18, 2023 Order (ECF No. 189), Plaintiffs hereby provide the

Court with a Status Report addressing the parties' settlements.

## SETTLEMENTS & DISMISSAL

The parties have been engaged in settlement negotiations. The only claims that have not been settled are the following:

1.    Plaintiffs' claims against Peleus under policies issued to Aspen Construction and Chavez Roofing;

2.    Plaintiffs' claims against Cincinnati Insurance Company and Cincinnati Indemnity Company under Aspen Construction's policies;

3.    Plaintiffs' claims against ACE American Insurance Company;

4.    Plaintiffs' claims against First Mercury Insurance Company under Chavez Roofing's policies;

5.    Plaintiffs' claims against HDI Global Specialty SE fka International Insurance of Hannover ("HDI") under Chavez Roofing's policies;

6.    Plaintiffs' claims against United Specialty Insurance Company under Chavez Roofing's policies; and

7.    Plaintiffs' claims against Gemini Insurance Company under Chavez Roofing's policies.

The following claims have been settled and dismissed from this lawsuit:

1.    Federated Mutual Insurance Company has been dismissed without prejudice pursuant to Doc. 59;

2.    Donegal Mutual Insurance Company fka Mountain States Mutual Casualty Company was dismissed with prejudice on December 20, 2022 pursuant to Doc. No. 158;

3.    American Hallmark Insurance Company of Texas has been dismissed with prejudice pursuant to Doc. 169;

4.    GuideOne National Insurance Company has been dismissed with prejudice

pursuant to Doc. 172;

5.    Starr Indemnity & Liability Company has been dismissed with prejudice pursuant to Doc. 173;

6.    Colorado Casualty Company has been dismissed with prejudice pursuant to Doc. 175;

7.    Ohio Security Insurance Company has been dismissed with prejudice pursuant to Doc. 176;

8.    National Fire Insurance Company of Hartford has been dismissed with prejudice pursuant to Doc. 177;

9.    Central Mutual Insurance Company has been dismissed with prejudice pursuant to Doc. 178;

10.    National Union Fire Insurance Company of Pittsburgh, Pa. has been dismissed with prejudice pursuant to Doc. 179;

11.    First Mercury Insurance Company has been dismissed with prejudice, relating to Magnum policies only and will remain a Defendant relating to all other policies, as described in Plaintiffs' Complaint pursuant to Doc. 184;

12.    United Specialty Insurance Company has been dismissed with prejudice, relating to Monarch Builders, Magnum Builders, and Chavez Lath policies only pursuant to Doc Nos. 57, 184, and 187;

13.    Endurance American Insurance Company has been dismissed with prejudice pursuant to Doc. 184;

14.    Century Surety Company has been dismissed with prejudice pursuant to Doc. 187; and

15.    Sentinel Insurance Company, Ltd. has been dismissed with prejudice, relating to Aldermill policies  pursuant to Doc No. 188.

The following have recently settled, but dismissals have yet to be filed because the parties are finalizing the settlement documents and/or Plaintiffs are awaiting payment of the settlement funds:

1.     Southern Insurance Company;

2.     Sentinel Insurance Company, Ltd. relating to Alvarez Drywall policies;

3.     Cincinnati Indemnity Company, The Cincinnati Insurance Company, and The Cincinnati Casualty Company relating to Amestoy Dri-Wall, Aspen Block, Aspen Concrete, Connection Plumbing, Williams Drywall, and A Management dba Amestoy Stucco policies;

4.     United Specialty Insurance Company relating to Otero policies;

5.     Clarendon National Insurance Company relating to Otero policies; and

6.     Knight Specialty Insurance Company relating to Otero policies.

Defendant HDI Global Specialty SE fka International Insurance of Hannover ("HDI") has not yet made an appearance in this case. Due to a miscommunication, we believed Meena Allen, Esq. was representing HDI and we have been engaged in settlement communications with her regarding this claim, however, we recently granted an extension to HDI to retain counsel and make an appearance, which should be filed on or before June 12, 2023.

Dated this 23rd day of May, 2023.

PAYNE & FEARS LLP


By:    _/s/ Sarah J. Odia_
     Scott S. Thomas, Bar No. 21-275
     Sarah J. Odia, Bar No. 21-279
     4 Park Plaza, Suite 1100
     Irvine, California 92614
     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, a true and correct copy of **STATUS REPORT REGARDING SETTLEMENTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4895-4356-6181.1