**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio | **CASE NO. 1:22-cv-00388-MV-SCY**<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT FIRST MERCURY INSURANCE COMPANY** |

1

| |
|---|
| corporation; SOUTHERN INSURANCE COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, <br><br>                    Defendants. <br><br> AND RELATED COUNTERCLAIM |

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT FIRST MERCURY INSURANCE COMPANY**

IT IS HEREBY STIPULATED by and between Plaintiffs PULTE HOMES OF NEW MEXICO, INC. and PULTE DEVELOPMENT NEW MEXICO, INC. ("Plaintiffs") and Defendant FIRST MERCURY INSURANCE COMPANY, by and through their respective attorneys of record, that Plaintiffs' claims against Defendant FIRST MERCURY INSURANCE COMPANY as asserted in Plaintiffs' Complaint (ECF 1) and any other claims that could have been asserted therein shall be dismissed without prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

2

Dated:        June 27, 2023

Respectfully submitted,

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

By    /s/ Charles J. Vigil_____
      Charles J. Vigil
      P. O. Box 1888
      Albuquerque, NM 87103
      Telephone: (505) 765-5900
      FAX: (505) 768-7395
      cvigil@rodey.com
      Attorneys for Defendant First Mercury Insurance Company

**CHAMBERLIN & KEASTER LLP**

By    /s/ Robert W. Keaster_____
      Robert W. Keaster
      15821 Ventura Boulevard, Suite 165
      Encino, California 91436-5208
      Telephone: (818) 385-1256
      FAX: (818) 385-1802
      rkeaster@ckllplaw.com
      Attorneys for Defendant First Mercury Insurance Company

**PAYNE & FEARS LLP**

By    /s/ Sarah J. Odia_____
      Scott S. Thomas, Bar No. 21-275
      Sarah J. Odia, Bar No. 21-279
      4 Park Plaza, Suite 1100
      Irvine, California 92614
      Attorneys for Plaintiffs