Scott S. Thomas, Bar No. 21-275
sst@paynefears.com
Sarah J. Odia, Bar No. 21-279
sjo@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Phone (949) 851-1100
Fax (949) 851-1212
Telephone: 949-851-1100
Facsimile: 602-344-9653

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CINCINNATI INDEMNITY COMPANY, an Ohio corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; ACE AMERICAN | CIVIL NO. 1:22-cv-00388-MV-SCY<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER** |

-2-

INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; SOUTHERN INSURANCE COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation,

        Defendants.

**VOLUNTARY DISMISSAL OF DEFENDANT HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER**

Pursuant to F.R.C.P. 41(a), Plaintiffs Pulte Homes of New Mexico, Inc. and Pulte Development New Mexico, Inc., through counsel, hereby dismiss their claims against Defendant

/ / /

/ / /

-3-

HDI Global Specialty SE fka International Insurance of Hannover, with prejudice, each party to bear its own fees and costs.

DATED: September 28, 2023        PAYNE & FEARS LLP

By:   /s/ Sarah J. Odia
      Scott S. Thomas, Bar No. 21-275
      Sarah J. Odia, Bar No. 21-279
      4 Park Plaza, Suite 1100
      Irvine, CA 92614
      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2023, I electronically filed the foregoing **VOLUNTARY DISMISSAL OF DEFENDANT HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Amy M. Samberg, Esq.<br>Amanda Hough, Esq.<br>CLYDE & CO US LLP<br>400 East Van Buren Street, Suite 440<br>Phoenix, AZ 85004<br>Telephone: 480.746.4580<br>amy.samberg@clydeco.us<br>amanda.hough@clydeco.us<br>Brenda.Uran@clydeco.us | Attorneys for ACE American Insurance Company |
| James P. Barrett, Esq.<br>EATON LAW OFFICE, P.C.<br>P.O. Box 25305<br>Albuquerque, NM 87125<br>Telephone: 505.243.1486<br>jbarrett@eatonlaw-nm.com | |
| Rebecca S. Kenny, Esq.<br>MADISON, MROZ, STEINMAN, KENNY & OLEXY, P.A.<br>P.O. Box 25467<br>Albuquerque, NM 87125<br>Telephone: 505.242.2177<br>rsk@madisonlaw.com | Attorneys for Sentinel Insurance Company, Ltd. |
| Heather L. McCloskey, Esq.<br>Andrew McCloskey, Esq.<br>McCloskey, Waring, Waisman & Drury LLP<br>1960 East Grand Avenue, Suite 580<br>El Segundo, CA 90245<br>Telephone: 310.524.0402<br>Fax: 310.524.0404<br>hlmccloskey@mwwdlaw.com | |

-5-

| | |
|---|---|
| Charles A. Armgardt, Esq. Of Counsel<br>Robert C. Evans, Esq.<br>EVANS & CO.<br>2844 East Main Street, Suite 106, #283<br>Farmington, NM 87402<br>Telephone: 505.566.9400<br>carmgardt@evanslawfirm.com<br>revans@evanslawfirm.com | Attorneys for The Cincinnati Insurance Company, The Cincinnati Indemnity Company, and The Cincinnati Casualty Company |
| George D. Yaron, Esq.<br>Luke G. Peters, Esq.<br>YARON & ASSOCIATES<br>1300 Clay Street, Suite 800<br>Oakland, CA 94612<br>Telephone: 415.658.2929<br>Fax: 415.658.2930<br>gyaron@yaronlaw.com<br>lpeters@yaronlaw.com | Attorneys for Clarendon National Insurance Company |
| Jeffrey E. Jones, Esq.<br>LAW OFFICES OF JEFFREY E. JONES<br>P.O. Box 24530<br>Santa Fe, NM 87502<br>Telephone: 505.466.9426<br>eljefelaw@msn.com | |
| Jay R. Graif, Esq.<br>Megan E. Ritenour, Esq.<br>Freeman Mathis & Gary, LLP<br>4343 North Scottsdale Road, Suite 150<br>Scottsdale, AZ  85251<br>602.805.9564 (Direct)<br>602.254.4878 (Fax)<br>jay.graif@fmglaw.com<br>megan.ritenour@fmglaw.com | Attorneys for United Specialty Insurance Company, Knight Specialty Insurance Company, Gemini Insurance Company, and Peleus Insurance Company |

*/s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS

4858-7244-2243.1