## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

PULTE HOMES OF NEW MEXICO,
INC., a Michigan corporation; PULTE
DEVELOPMENT NEW MEXICO, INC., a
Michigan corporation,

Plaintiffs,

v.

CINCINNATI INDEMNITY COMPANY,
an Ohio corporation; THE CINCINNATI
INSURANCE COMPANY, an Ohio
corporation; THE CINCINNATI
CASUALTY COMPANY, an Ohio
corporation; HDI GLOBAL SPECIALTY SE
fka INTERNATIONAL INSURANCE OF
HANNOVER, a New York corporation;
SENTINEL INSURANCE COMPANY,
LTD, a Connecticut corporation;
GUIDEONE NATIONAL INSURANCE
COMPANY, an Iowa corporation;
COLORADO CASUALTY COMPANY, a
New Hampshire corporation; OHIO
SECURITY INSURANCE COMPANY, a
New Hampshire corporation; DONEGAL
MUTUAL INSURANCE COMPANY fka
MOUNTAIN STATES MUTUAL
CASUALTY COMPANY, a Pennsylvania
corporation;  ACE AMERICAN
INSURANCE COMPANY, a Pennsylvania
corporation; FIRST MERCURY
INSURANCE COMPANY, a Delaware
corporation; CENTURY SURETY
COMPANY, an Ohio corporation; UNITED
SPECIALTY INSURANCE COMPANY, a
Delaware corporation; GEMINI
INSURANCE COMPANY, a Delaware
corporation; PELEUS INSURANCE
COMPANY, a Virginia corporation;
AMERICAN HALLMARK INSURANCE
COMPANY OF TEXAS, a Texas
corporation; CENTRAL MUTUAL
INSURANCE COMPANY, an Ohio
corporation; SOUTHERN INSURANCE

**CIVIL NO.**  1:22-cv-00388-MV-SCY

**ORDER GRANTING MOTION TO
DISMISS PLAINTIFFS' CLAIMS
AGAINST DEFENDANTS SENTINEL
INSURANCE COMPANY, LTD. AND
HARTFORD CASUALTY INSURANCE
COMPANY (ECF No. 204)**

COMPANY, a Texas corporation;
NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, an Illinois
corporation; NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, a Pennsylvania
corporation; STARR INDEMNITY &
LIABILITY COMPANY, a Texas
corporation; ENDURANCE AMERICAN
INSURANCE COMPANY, a Delaware
corporation; CLARENDON NATIONAL
INSURANCE COMPANY, as successor in
interest by way of merger with Sussex
Insurance Company fka as Companion
Property and Casualty Insurance Company, a
Texas corporation; KNIGHT SPECIALTY
INSURANCE COMPANY, a Delaware
corporation; FEDERATED MUTUAL
INSURANCE COMPANY, a Minnesota
corporation,

          Defendants.

AND RELATED COUNTERCLAIM

**ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS SENTINEL INSURANCE COMPANY, LTD. AND HARTFORD CASUALTY INSURANCE COMPANY (ECF No. 204)**

This matter comes before the Court on the Unopposed Motion to Dismiss Plaintiffs'

Claims Against Defendants Sentinel Insurance Company, Ltd. and Hartford Casualty Insurance

Company, filed on March 19, 2024 Doc. 204]. The Court finds that the Motion is well taken and

should be granted.

**IT IS THERFORE ORDERED** that Plaintiffs' claims against Defendants Sentinel

Insurance Company, Ltd. and Hartford Casualty Insurance Company, as asserted in Plaintiffs'

Complaint (ECF No. 1), in the instant matter, Case No. 1:22-cv-00388-MV-SCY, shall be

dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with

each party to bear their own attorneys' fees and costs.

DATED this 25th day of March, 2024.

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE